# REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:     Clerk, United States District Court
        District of North Dakota

The Grand Jury returned an Indictment on February 19, 2020, against Anthony Wade, a/k/a Blue, charging the following:

21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
18 USC § 1956(h) – Money Laundering Conspiracy
21 USC § 856 – Maintaining a Drug-Involved Premise
21 USC §§ 841(a)(1) and 841(b)(1)(C) – Possession with Intent to Distribute Oxycodone
18 USC § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime
18 USC § 2 – Aiding and Abetting
21 USC § 853 - Forfeiture Allegation
18 USC § 924(d) and 28 USC § 2461 – Forfeiture Allegation

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒     The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐     The United States recommends that:

　　　☐     Bail be set at $ _____

　　　☐     Defendant be detained without bail.

COMMENTS:

Dated: 2/19/2020

DREW H. WRIGLEY
United States Attorney

NICHOLAS W. CHASE
First Assistant United States Attorney