Local AO 470  (Rev. 11/16)  Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:20-CR-42-07 |
| Anthony Wade | ) | |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** Wednesday, March 4, 2020 at 11:00am |
|---|---|
| **Place:** U.S. Federal Courthouse | **Courtroom No.:** Fargo Courtroom 2 to Bismarck Crtrm 2 |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

NOTE:  Defendant will be appearing via video from Bismarck Courtroom 2.  All other parties will be present in Fargo Courtroom 2.

Date:  03/02/2020

*/s/ Alice R. Senechal*
*Judge's signature*

Alice R. Senechal, Magistrate Judge
*Printed name and title*