Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Anthony Wade, a/k/a Blue<br><br>*Defendant* | )<br>)<br>)  Case No.  3:20-cr-42-07<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Anthony Wade, a/k/a Blue                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Money Laundering Conspiracy;
Maintaining a Drug-Involved Premise;
Possession with Intent to Distribute Oxycodone;
Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
Aiding and Abetting and Forfeiture Allegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-21-2020 , and the person was arrested on *(date)* 2-28-2020
at *(city and state)* Rolla, ND  .

Date: 2-28-2020

*Arresting officer's signature*

Isaiah Soldier  Special Agent
*Printed name and title*